| | | |
|---|---|---|
| CAAP–12–00 00935 | State v. Wong | Vacated and Remanded |

## February 23, 2015

| | | |
|---|---|---|
| CAAP–13–00 01474 | Abordo v. Kimoto | Affirmed |
| CAAP–13–00 05700 | Lawson v. Attorney General | Affirmed |
| CAAP–12–00 00602 | State v. Abordo | Vacated and Remanded |
| CAAP–12–00 00514 | State v. Hardoby | Affirmed |
| CAAP–12–00 00681 | State v. Kauihana | Affirmed |

## February 24, 2015

| | | |
|---|---|---|
| CAAP–12–00 00708 | Draizen v. State | Affirmed |
| CAAP–13–00 06254 | State v. Waterhouse | Vacated and Remanded |

## February 25, 2015

| | | |
|---|---|---|
| CAAP–12–00 00124 | State v. Deming | Affirmed |
| CAAP–14–00 00351 | State v. Deoliveira | Affirmed |

## February 26, 2015

| | | |
|---|---|---|
| CAAP–12–00 00044 | Jack v. Jack | Affirmed |
| CAAP–12–00 00427 | Kadota v. Director, State of Hawai'i Dept. of Labor and Industrial Relations | Affirmed |
| CAAP–11–00 00812 | Pouono v. Daiichiya-Loves Bakery, Inc. | Affirmed |
| CAAP–12–00 00445 | Ross v. Wahinehookae | Affirmed |

## February 27, 2015

| | | |
|---|---|---|
| CAAP–13–00 00074 | Espiritu v. State | Affirmed |